**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/7/16 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  ROBERT E WHITE, II<br>JULIE ANN WHITE<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  ROBERT E WHITE, II<br>JULIE ANN WHITE<br>        Respondents | Case No. 11-11699TPA<br><br>Chapter 13<br><br>Document No. 79 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 7th day of November, 2016, it is hereby ORDERED, ADJUDGED, and DECREED that,

Air Contact Transport Incorporated
Attn: Payroll Manager
Pob 570
Budd Lake, NJ 07828

is hereby ordered to immediately terminate the attachment of the wages of ROBERT E WHITE, II, social security number XXX-XX-9039. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ROBERT E WHITE, II.

BY THE COURT:

_/s/ Thomas P. Agresti_ vas
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert E White
Julie Ann White
     Debtors

Case No. 11-11699-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: lkat     Page 1 of 1     Date Rcvd: Nov 08, 2016
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2016.
db            +Robert E White, II,    730 Wilson Avenue,    Franklin, PA 16323-2751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2016                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2016 at the address(es) listed below:
       Daniel P. Foster    on behalf of Debtor Robert E White, II dan@mrdebtbuster.com,
        clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
       Daniel P. Foster    on behalf of Joint Debtor Julie Ann White dan@mrdebtbuster.com,
        clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
       Joshua I. Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Peter J. Ashcroft    on behalf of Creditor    National Capital Management, servicing agent GE Capital Corporation pashcroft@bernsteinlaw.com,
        ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                TOTAL: 6