## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Robert E White and Julie Ann White
   Debtor(s)

CHAPTER 13

BKY. NO. 11-11699


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of MidFirst Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9390


      Respectfully submitted,


      **/s/ James C. Warmbrodt, Esquire**
      James C. Warmbrodt, Esquire
      jwarmbrodt@kmllawgroup.com
      Attorney I.D. No. 42524
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106
      Phone: 215-825-6306
      Fax: 215-825-6406
      Attorney for Movant/Applicant