**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Robert E White II** | Social Security number or ITIN **xxx–xx–9039** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Julie Ann White** | Social Security number or ITIN **xxx–xx–9105** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **11–11699–TPA**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert E White II                     Julie Ann White

2/23/17                     **By the court:**     Thomas P. Agresti
                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 11-11699-TPA
Robert E White                                                          Chapter 13
Julie Ann White
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lkat               Page 1 of 3              Date Rcvd: Feb 24, 2017
                              Form ID: 3180W           Total Noticed: 74

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2017.
```
db/jdb       +Robert E White, II,    Julie Ann White,    730 Wilson Avenue,    Franklin, PA 16323-2751
cr            CitiMortgage Inc.,    PO Box 6030,    Sioux Falls, SD  57117-6030
13209932    ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
             (address filed with court: Citifinancial,      300 Saint Paul Place,    Baltimore, MD 21202)
13209927     +Carmel Financial Corporation,    C/O Aam,    101 E Carmel Drive,    Suite 205,
              Carmel, IN 46032-2668
13233790      CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA,    50368-8971
13209938     +Fnb Consumer Discount Company,    908 Park Avenue,    Meadville, PA 16335-3331
13280201     +Ford Motor Credit Company,    c/of Andrew Sklar, Esquire,    102 Browning Lane,
              Building B, Suite 1,    Cherry Hill, NJ 08003-3195
13209941     +GC Services,    6330 Gulfton Street,    Houston, TX 77081-1198
13346332     +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
              Norfolk VA 23541-0907
14196549     +MidFirst Bank,    999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
13209954     +National City,    Po Box 5570,    Cleveland, OH 44101-0570
13209955      PNC,    PO Box 5570,    Br-Yb58-01-3,    Brecksville, OH 44141
13209958     +Spiegel,    Attn: Bankruptcy,    Po Box 9428,    Hampton, VA 23670-0428
13209959     +Three Rivers Bank,    1615 Northland Boulevard,    Fort Wayne, IN 46825-6554
13209970     +Worlds Foremost Bank,    4800 NW 1st Street,    Suite 300,    Lincoln, NE 68521-4463
13617080      eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 25 2017 01:34:08      Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
cr           +EDI: AISACG.COM Feb 25 2017 01:28:00      Capital One Auto Finance Department,
              c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
cr           +EDI: AISACG.COM Feb 25 2017 01:28:00      Capital One Auto Finance c/o Ascension Capital Gro,
              P.O. Box 201347,    Arlington, TX 76006-1347
cr           +EDI: BASSASSOC.COM Feb 25 2017 01:28:00      Capital One, N.A.,    Bass & Associates, P.C.,
              3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr            EDI: RECOVERYCORP.COM Feb 25 2017 01:28:00      Recovery Management Systems Corporation,
              25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
cr           +EDI: BASSASSOC.COM Feb 25 2017 01:28:00      eCAST Settlement Corporation,
              c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13209923     +EDI: BANKAMER2.COM Feb 25 2017 01:28:00      Bank Of America,    Po Box 17054,
              Wilmington, DE 19850-7054
13209924     +EDI: WFNNB.COM Feb 25 2017 01:28:00      Blair,    Blair WFCB / Attn: Bankruptcy,    Po Box 182686,
              Columbus, OH 43218-2686
13279937     +EDI: OPHSUBSID.COM Feb 25 2017 01:28:00      CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,
              2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13209931      EDI: CITICORP.COM Feb 25 2017 01:28:00      Citi,    CitiCard Credit Services,    Po Box 20507,
              Kansas City, MO 64195
13209925     +EDI: CAPONEAUTO.COM Feb 25 2017 01:28:00      Capital One Auto Finance,
              3905 North Dallas Parkway,    Plano, TX 75093-7892
13268444     +EDI: AISACG.COM Feb 25 2017 01:28:00      Capital One Auto Finance, c/o Ascension Capital Gr,
              P.O. Box 201347,    Arlington, TX 76006-1347
13467884     +EDI: BASSASSOC.COM Feb 25 2017 01:28:00      Capital One, N.A.,    c/o Bass & Associates, P.C.,
              3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13209926     +EDI: CAPITALONE.COM Feb 25 2017 01:28:00      Capital One, N.a.,    Capital One Bank (USA) N.A.,
              Po Box 30285,    Salt Lake City, UT 84130-0285
13623189      EDI: RECOVERYCORP.COM Feb 25 2017 01:28:00      Capital Recovery V, LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
              Miami, FL 33131-1605
13209928     +EDI: CHASE.COM Feb 25 2017 01:28:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
13209929     +EDI: CHASE.COM Feb 25 2017 01:28:00      Chase - Tjx,    Chase Card Services,    Po Box 15298,
              Wilmington, DE 19850-5298
13240339      EDI: CHASE.COM Feb 25 2017 01:28:00      Chase Bank USA, N.A.,    PO Box 15145,
              Wilmington, DE 19850-5145
13209930     +EDI: CHASE.COM Feb 25 2017 01:28:00      Chase- Bp,    PO Box 15298,    Wilmington, DE 19850-5298
13235240      EDI: CIAC.COM Feb 25 2017 01:28:00      CitiMortgage, Inc.,    P.O. Box 140609,
              Irving, TX  75014-0609
13209933     +EDI: CIAC.COM Feb 25 2017 01:28:00      Citimortgage Inc,    Po Box 9438,
              Gaithersburg, MD 20898-9438
13209934     +E-mail/Text: hariasdiaz@creditmanagementcompany.com Feb 25 2017 01:34:36
              Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13209935     +EDI: TSYS2.COM Feb 25 2017 01:28:00      Dsnb Macys,    9111 Duke Boulevard,
              Mason, OH 45040-8999
13209939      EDI: FORD.COM Feb 25 2017 01:28:00      Ford Motor Credit Corporation,    Ford Credit,
              Po Box 6275,    Deerborn, MI 48121
13209936     +EDI: WFNNB.COM Feb 25 2017 01:28:00      Fashion Bug / Soanb,    1103 Allen Drive,
              Milford, OH 45150-8763
```

```
District/off: 0315-1          User: lkat                  Page 2 of 3                   Date Rcvd: Feb 24, 2017
                              Form ID: 3180W              Total Noticed: 74

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13209937      +EDI: BANKAMER.COM Feb 25 2017 01:28:00      Fleet Cc / Bank of America,
                Attn: Bankruptcy/MC NC4-105-03-14,   Po Box 26012,    Greensboro, NC 27420-6012
13209940      +E-mail/Text: slucas@for-cu.com Feb 25 2017 01:34:28      Franklin Oil Region Credit Union,
                101 North 13th Street,   Franklin, PA 16323-2343
13432157       EDI: RMSC.COM Feb 25 2017 01:28:00      GE Capital Retail Bank,   Attn: Bankruptcy Department,
                PO Box 960061,   Orlando, FL 32896-0661
13476023       EDI: RMSC.COM Feb 25 2017 01:28:00      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
13209942      +EDI: RMSC.COM Feb 25 2017 01:28:00      GE Money Bank / Funancing,    Attn: Bankruptcy,
                PO Box 103104,   Roswell, GA 30076-9104
13209943      +EDI: RMSC.COM Feb 25 2017 01:28:00      GE Money Bank / JCPenney,   Attention: Bankruptcy,
                Po Box 103104,   Roswell, GA 30076-9104
13209944      +EDI: RMSC.COM Feb 25 2017 01:28:00      GE Money Bank / Old Navy,   Attention: GEMB,
                Po Box 103104,   Roswell, GA 30076-9104
13209945      +EDI: RMSC.COM Feb 25 2017 01:28:00      Gecrb / QVC,   PO Box 965005,    Orlando, FL 32896-5005
13321784      +EDI: BASSASSOC.COM Feb 25 2017 01:28:00      HSBC Bank Nevada, N.A.,
                c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13209947      +EDI: HFC.COM Feb 25 2017 01:28:00      Hsbc / Bonton,   Hsbc Retail Services / Attn: Bankruptcy,
                Po Box 5226,   Carol Stream, IL 60197-5226
13209948      +EDI: HFC.COM Feb 25 2017 01:28:00      Hsbc / RS,   Attn: Bankruptcy Department,    Po Box 5263,
                Carol Stream, IL 60197-5263
13209949      +EDI: HFC.COM Feb 25 2017 01:28:00      Hsbc / Value City,    26525 North River Woods Boulevard,
                Metawa, IL 60045-3440
13209950       EDI: CBSKOHLS.COM Feb 25 2017 01:28:00      Kohls / Capone,    N56 West 17000 Ridgewood Drive,
                Menomonee Falls, WI 53051
13270558       EDI: RESURGENT.COM Feb 25 2017 01:28:00      LVNV Funding LLC its successors and assigns as,
                assignee of OneMain Financial, Inc,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13209951      +EDI: WFNNB.COM Feb 25 2017 01:28:00      Lane Bryant,   Wfnnb,    Po Box 182125,
                Columbus, OH 43218-2125
13209952      +EDI: WFNNB.COM Feb 25 2017 01:28:00      Lane Bryant Retail,    4590 East Broad Street,
                Columbus, OH 43213-1301
13209953      +EDI: MID8.COM Feb 25 2017 01:28:00      Midland Credit Management,    8875 Aero Drive,
                Suite 200,   San Diego, CA 92123-2255
13325420      +E-mail/Text: bknotice@ncmllc.com Feb 25 2017 01:34:26      National Capital Management, LLC,
                8245 Tournament Drive,   Suite 230,    Memphis, TN 38125-1741
13218895       EDI: RECOVERYCORP.COM Feb 25 2017 01:28:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13209956      +EDI: SEARS.COM Feb 25 2017 01:28:00      Sears / Cbna,    Po Box 6189,
                Sioux Falls, SD 57117-6189
13209957      +EDI: SEARS.COM Feb 25 2017 01:28:00      Sears / Cbna,    701 East 60th Street North,
                Sioux Falls, SD 57104-0432
13209960      +EDI: TFSR.COM Feb 25 2017 01:28:00      Toyota Motor Credit Company,    Toyota Financial Services,
                Po Box 8026,   Cedar Rapids, IA 52408-8026
13209961      +E-mail/Text: jsprentz@urc.com Feb 25 2017 01:34:53      United Refining,    213 2nd Avenue,
                Warren, PA 16365-2405
13209946       EDI: WACHOVIA.COM Feb 25 2017 01:28:00      Homeq,   Attn: Bankruptcy Department,
                1100 Corporate Center,   Raleigh, NC 27607
13209962      +EDI: WFNNB.COM Feb 25 2017 01:28:00      Wfcb / Blair,    PO Box 182125,
                Columbus, OH 43218-2125
13209963      +EDI: WFNNB.COM Feb 25 2017 01:28:00      Wfnnb / Dress Barn,    Attention: Bankruptcy,
                PO Box 182686,   Columbus, OH 43218-2686
13209964      +EDI: WFNNB.COM Feb 25 2017 01:28:00      Wfnnb / Fashion Bug,    PO Box 182273,
                Columbus, OH 43218-2273
13294942      +EDI: WFNNB.COM Feb 25 2017 01:28:00      Wfnnb / Gander Mountain,    PO Box 182128,
                Columbus, OH 43218-2128
13209965      +EDI: WFNNB.COM Feb 25 2017 01:28:00      Wfnnb / Gander Mountain,    4590 East Broad Street,
                Columbus, OH 43213-1301
13209966      +EDI: WFNNB.COM Feb 25 2017 01:28:00      Wfnnb / Lane Bryant,    Po Box 182789,
                Columbus, OH 43218-2789
13209967      +EDI: WFNNB.COM Feb 25 2017 01:28:00      Wfnnb / Roamans,    Attn: Bankruptcy,    P.O. Box 182686,
                Columbus, OH 43218-2686
13209968      +EDI: WFNNB.COM Feb 25 2017 01:28:00      Wfnnb / Woman,    Attention: Bankruptcy,    Po Box 182686,
                Columbus, OH 43218-2686
13209969      +EDI: WFNNB.COM Feb 25 2017 01:28:00      World Financial Network National Bank,    Wfnnb,
                Po Box 182686,   Columbus, OH 43218-2686
                                                                                              TOTAL: 58

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MidFirst Bank
cr              National Capital Management, servicing agent GE Ca
cr*            +MidFirst Bank,   999 NW Grand Blvd., Ste. 100,   Oklahoma City, OK 73118-6051
                                                                                TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-1          User: lkat               Page 3 of 3         Date Rcvd: Feb 24, 2017
                              Form ID: 3180W           Total Noticed: 74
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2017 at the address(es) listed below:

```
          Daniel P. Foster    on behalf of Debtor Robert E White, II dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Joint Debtor Julie Ann White dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   National Capital Management, servicing agent GE
           Capital Corporation pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```