FILED
2/23/17 4:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   ROBERT E WHITE, II
   JULIE ANN WHITE
       Debtor(s)

Ronda J. Winnecour
      Movant
   vs.
No Repondents.

Case No.:11-11699 TPA

Chapter 13

Document No.: 92

## ORDER OF COURT

AND NOW, this ___23rd___ day of ___February___, 2017___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____
U.S. BANKRUPTCY JUDGE     jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 11-11699-TPA
Robert E White                                                            Chapter 13
Julie Ann White
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lkat              Page 1 of 3         Date Rcvd: Feb 24, 2017
                              Form ID: pdf900         Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2017.
```
db/jdb         +Robert E White, II,    Julie Ann White,    730 Wilson Avenue,    Franklin, PA 16323-2751
cr              CitiMortgage Inc.,    PO Box 6030,   Sioux Falls, SD  57117-6030
13209924       +Blair,    Blair WFCB / Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
13209931       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citi,    CitiCard Credit Services,    Po Box 20507,
                 Kansas City, MO 64195)
13209932       ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                (address filed with court: Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202)
13209926       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13209927       +Carmel Financial Corporation,    C/O Aam,   101 E Carmel Drive,    Suite 205,
                 Carmel, IN 46032-2668
13209928       +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
13209929       +Chase - Tjx,    Chase Card Services,   Po Box 15298,    Wilmington, DE 19850-5298
13240339        Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
13209930       +Chase- Bp,    PO Box 15298,   Wilmington, DE 19850-5298
13233790        CitiMortgage, Inc.,    P.O. Box 688971,   Des Moines, IA,    50368-8971
13235240        CitiMortgage, Inc.,    P.O. Box 140609,   Irving, TX  75014-0609
13209933       +Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
13209935       +Dsnb Macys,    9111 Duke Boulevard,   Mason, OH 45040-8999
13209939       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Corporation,    Ford Credit,    Po Box 6275,
                 Deerborn, MI 48121)
13209936       +Fashion Bug / Soanb,    1103 Allen Drive,   Milford, OH 45150-8763
13209937       +Fleet Cc / Bank of America,    Attn: Bankruptcy/MC NC4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
13209938       +Fnb Consumer Discount Company,    908 Park Avenue,    Meadville, PA 16335-3331
13280201       +Ford Motor Credit Company,    c/of Andrew Sklar, Esquire,    102 Browning Lane,
                 Building B, Suite 1,    Cherry Hill, NJ 08003-3195
13209941       +GC Services,    6330 Gulfton Street,   Houston, TX 77081-1198
13346332       +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
13209947       +Hsbc / Bonton,    Hsbc Retail Services / Attn: Bankruptcy,    Po Box 5226,
                 Carol Stream, IL 60197-5226
13209948       +Hsbc / RS,    Attn: Bankruptcy Department,    Po Box 5263,   Carol Stream, IL 60197-5263
13209949       +Hsbc / Value City,    26525 North River Woods Boulevard,    Metawa, IL 60045-3440
13209951       +Lane Bryant,    Wfnnb,   Po Box 182125,   Columbus, OH 43218-2125
13209952       +Lane Bryant Retail,    4590 East Broad Street,    Columbus, OH 43213-1301
14196549       +MidFirst Bank,    999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
13209954       +National City,    Po Box 5570,   Cleveland, OH 44101-0570
13209955        PNC,   PO Box 5570,    Br-Yb58-01-3,   Brecksville, OH 44141
13209957       +Sears / Cbna,    701 East 60th Street North,    Sioux Falls, SD 57104-0432
13209956       +Sears / Cbna,    Po Box 6189,   Sioux Falls, SD 57117-6189
13209958       +Spiegel,    Attn: Bankruptcy,   Po Box 9428,    Hampton, VA 23670-0428
13209959       +Three Rivers Bank,    1615 Northland Boulevard,    Fort Wayne, IN 46825-6554
13209960       +Toyota Motor Credit Company,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408-8026
13209946       ++WACHOVIA BANK NA,    MAC X2303-01A,   1 HOME CAMPUS,    1ST FLOOR,   DES MOINES IA 50328-0001
                (address filed with court: Homeq,    Attn: Bankruptcy Department,    1100 Corporate Center,
                 Raleigh, NC 27607)
13209962       +Wfcb / Blair,    PO Box 182125,   Columbus, OH 43218-2125
13209963       +Wfnnb / Dress Barn,    Attention: Bankruptcy,    PO Box 182686,   Columbus, OH 43218-2686
13209964       +Wfnnb / Fashion Bug,    PO Box 182273,   Columbus, OH 43218-2273
13294942       +Wfnnb / Gander Mountain,    PO Box 182128,    Columbus, OH 43218-2128
13209965       +Wfnnb / Gander Mountain,    4590 East Broad Street,    Columbus, OH 43213-1301
13209966       +Wfnnb / Lane Bryant,    Po Box 182789,   Columbus, OH 43218-2789
13209967       +Wfnnb / Roamans,    Attn: Bankruptcy,   P.O. Box 182686,    Columbus, OH 43218-2686
13209968       +Wfnnb / Woman,    Attention: Bankruptcy,    Po Box 182686,   Columbus, OH 43218-2686
13209969       +World Financial Network National Bank,    Wfnnb,    Po Box 182686,   Columbus, OH 43218-2686
13209970       +Worlds Foremost Bank,    4800 NW 1st Street,    Suite 300,   Lincoln, NE 68521-4463
13617080        eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 25 2017 01:30:36
                 Capital One Auto Finance Department,    c/o Ascension Capital Group,   P.O. Box 201347,
                 Arlington, TX 76006-1347
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 25 2017 01:30:36
                 Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
                 Arlington, TX 76006-1347
cr             +E-mail/Text: bnc@bass-associates.com Feb 25 2017 01:33:44     Capital One, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
```

```
District/off: 0315-1                    User: lkat                    Page 2 of 3                    Date Rcvd: Feb 24, 2017
                                        Form ID: pdf900               Total Noticed: 72


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
cr               E-mail/PDF: rmscedi@recoverycorp.com Feb 25 2017 01:30:23
                  Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                  Miami, FL 33131-1605
cr              +E-mail/Text: bnc@bass-associates.com Feb 25 2017 01:33:44      eCAST Settlement Corporation,
                  c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13279937        +E-mail/Text: bncmail@w-legal.com Feb 25 2017 01:34:26      CANDICA, LLC,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13209925        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Feb 25 2017 01:35:55
                  Capital One Auto Finance,    3905 North Dallas Parkway,   Plano, TX 75093-7892
13268444        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 25 2017 01:30:35
                  Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
                  Arlington, TX 76006-1347
13467884        +E-mail/Text: bnc@bass-associates.com Feb 25 2017 01:33:44      Capital One, N.A.,
                  c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13623189         E-mail/PDF: rmscedi@recoverycorp.com Feb 25 2017 01:30:37      Capital Recovery V, LLC,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
                  Miami, FL 33131-1605
13209934        +E-mail/Text: hariasdiaz@creditmanagementcompany.com Feb 25 2017 01:34:36
                  Credit Management Company,    2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13209940        +E-mail/Text: slucas@for-cu.com Feb 25 2017 01:34:28      Franklin Oil Region Credit Union,
                  101 North 13th Street,    Franklin, PA 16323-2343
13432157         E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2017 01:30:19      GE Capital Retail Bank,
                  Attn: Bankruptcy Department,    PO Box 960061,   Orlando, FL 32896-0661
13476023         E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2017 01:30:34      GE Capital Retail Bank,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami, FL 33131-1605
13209942        +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2017 01:30:19      GE Money Bank / Funancing,
                  Attn: Bankruptcy,    PO Box 103104,   Roswell, GA 30076-9104
13209943        +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2017 01:30:34      GE Money Bank / JCPenney,
                  Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
13209944        +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2017 01:30:34      GE Money Bank / Old Navy,
                  Attention: GEMB,    Po Box 103104,   Roswell, GA 30076-9104
13209945        +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2017 01:30:19      Gecrb / QVC,   PO Box 965005,
                  Orlando, FL 32896-5005
13321784        +E-mail/Text: bnc@bass-associates.com Feb 25 2017 01:33:44      HSBC Bank Nevada, N.A.,
                  c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13209950         E-mail/Text: bnckohlsnotices@becket-lee.com Feb 25 2017 01:33:51      Kohls / Capone,
                  N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
13270558         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2017 01:30:38
                  LVNV Funding LLC its successors and assigns as,    assignee of OneMain Financial, Inc,
                  Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13209953        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 25 2017 01:34:18      Midland Credit Management,
                  8875 Aero Drive,    Suite 200,   San Diego, CA 92123-2255
13325420        +E-mail/Text: bknotice@ncmllc.com Feb 25 2017 01:34:27      National Capital Management, LLC,
                  8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741
13218895         E-mail/PDF: rmscedi@recoverycorp.com Feb 25 2017 01:30:37      Recovery Management Systems Corporation,
                  25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13209961        +E-mail/Text: jsprentz@urc.com Feb 25 2017 01:34:53      United Refining,   213 2nd Avenue,
                  Warren, PA 16365-2405
                                                                                                 TOTAL: 25

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MidFirst Bank
cr              National Capital Management, servicing agent GE Ca
cr*            +MidFirst Bank,   999 NW Grand Blvd., Ste. 100,   Oklahoma City, OK 73118-6051
13209923       ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                  TOTALS: 2, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-1          User: lkat                Page 3 of 3               Date Rcvd: Feb 24, 2017
                              Form ID: pdf900           Total Noticed: 72
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Robert E White, II dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Joint Debtor Julie Ann White dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   National Capital Management, servicing agent GE
           Capital Corporation pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 7
```